IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINDA ELLIOT,<br><br>Plaintiff,<br><br>v.<br><br>WESLEY WOODS SENIOR LIVING, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:25-cv-00009-ELR-RDC |

**ORDER**

Following mediation, the parties have settled their dispute. (Doc. 25). They are **ORDERED** to file appropriate dismissal documents within **60 DAYS** of this Order. In the meantime, the undersigned **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE**[1] this case and to terminate the referral.

IT IS SO **ORDERED** on this 28th day of October 2025.

R. Cannon

REGINA D. CANNON
United States Magistrate Judge

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The procedure will not prejudice the parties' rights, and they may file a motion to re-open if settlement fails.