IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINDA ELLIOTT,<br><br>Plaintiff,<br><br>v.<br><br>WESLEY WOODS SENIOR LIVING, INC,<br><br>Defendants. | Civil Action No.<br><br>1:25-cv-00009-ELR-RDC |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

COMES NOW, Plaintiff Linda Elliott, by and through her attorney, Aaron B. Maduff of Barrett & Farahany, hereby moves to dismiss this matter with prejudice pursuant to settlement, all parties to bear their own costs and fees.

Respectfully submitted this 5th day of November, 2025.

Linda Elliott
*Her Attorney*
/s/Aaron B. Maduff
Aaron B. Maduff
Georgia Bar No. 548978
aaron@justiceatwork.com

BARRET & FARAHANY
77 W. Wacker Drive, Suite 4500
Chicago, IL 60601
Tel: 312-800-8581

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINDA ELLIOTT,<br><br>Plaintiff,<br><br>v.<br><br>WESLEY WOODS SENIOR LIVING, INC,<br><br>Defendants. | Civil Action No.<br><br>1:25-cv-00009-ELR-RDC |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Plaintiff's Motion to Dismiss with Prejudice* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Edward N. Boehm, Jr.
tboehm@fisherphillips.com

David P. Lerner
dlerner@fisherphillips.com

Respectfully submitted this 5th day of November, 2025.

*/s/ Aaron B. Maduff*
Georgia Bar No. 548978
aaron@justiceatwork.com